UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>YENELL RENAE AUSTIN,<br><br>  Defendant. | Case No.:  20CR2496-JLS<br><br>**ORDER CONTINUING SENTENCING HEARING AND REQUIRING RESPONSE TO DEFENDANT'S OBJECTIONS TO THE PRESENTENCE REPORT** |

On the Court's own motion, IT IS HEREBY ORDERED that the Sentencing Hearing in this matter shall be continued from September 27, 2021 to **Friday, October 22, 2021** at **10:30 a.m.** Defendant shall file an acknowledgment of the new hearing date within one week of this Order.

IT IS FURTHER ORDERED that Plaintiff shall file a response to Defendant's Objections to the Presentence Report (ECF No. 54) by **October 12, 2021**.

IT IS SO ORDERED.

Dated:  September 22, 2021

Hon. Janis L. Sammartino
United States District Judge